IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,
    v.                                    **Judgment in a Civil Case**
RICHARD WAYNE ROLLINS,
        Respondent.                Case Number: 5:12-HC-2007-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent, Richard Wayne Rollins, and against the petitioner, the United States of America.

This Judgment Filed and Entered on August 12, 2013, with service on:
Edward D. Gray, G. Norman Acker, III, Michael Bredenberg, R.A. Renfer, Jr., Robert Waters and Suzanne Little, (via CM/ECF Notice of Electronic Filing)

August 12, 2013                                              /s/ Julie A. Richards
                                                             Clerk